UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                                          RE:    **Eric Thomas GILSON**
                                                 **Docket Number:   2:04CR00255-01**
                                                 **WITHDRAWAL OF PETITION**

Your Honor:

It is respectfully requested that the petition filed on September 10, 2007, on the above named offender be dismissed and be taken off the Court calendar's on November 15, 2007, at 9:00 a.m.

On September 10, 2007, this officer submitted a petition to the court alleging the following violation of supervised release:  Incurring New Credit Without the Permission of the Probation Officer.  The violation conduct involved the offender purchasing a townhouse in December of 2006 for $680,000 while still owing $21,100.79 in restitution.  The petition was filed prior to the offender's scheduled termination on September 16, 2007,  in order to address the violation conduct.   In accordance with the petition, this officer recommended the matter be placed on the Court's calendar on September 13, 2007.  The matter was continued to November 15, 2007, to allow for the offender to pay off his restitution.

On September 11, 2007, the offender's paid $10,000 on the restitution leaving a balance of $11,100.79.  On November 2, 2007, the offender's paid $11,100.49, thus rendering the restitution at zero.  Based on the aforementioned, this officer is requesting that the Court dismiss the underlying petition and take the matter off the Court's calendar on November 15, 2007. Assistant Federal Defender Jeff Staniels and Assistant United States Attorney Kyle Reardon are in agreement with this request.

**RE:    Eric Thomas GILSON
        Docket Number:   2:04CR00255-01
        <u>WITHDRAWAL OF PETITION</u>**


Respectfully submitted,


/s/Matthew M. Faubert
MATTHEW M. FAUBERT
United States Probation Officer

Dated:      November 5, 2007
            Sacramento, California
            MMF/cp


**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS
                    Supervising United States Probation Officer**


cc:   Kyle Reardon
      Assistant United States Attorney

      Jeff Staniels
      Defense Counsel

_____


AGREE: XXX                              DISAGREE: _____

Dated: November 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE